**Opinion issued May 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00937-CV

———————————

**KEVIN BARNARD JOHNSON, SR., Appellant**

**V.**

**MELISSA ANN JOHNSON, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-23934**

---

## MEMORANDUM OPINION

Appellant, Kevin Barnard Johnson, Sr., has filed a "Motion to Withdraw Appeal," which the Court construes as a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, the motion

was served on all parties and has been on file for more than 10 days, and no party has filed a response to the motion.  *See* TEX. R. APP. P. 10.1(b), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.